**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00402-CV**

_____

**IN RE GERALD HOOKS JR. AND LESLY K. HOLEN**

_____

**Original Proceeding**
**172ᵗʰ District Court of Jefferson County, Texas**
**Trial Cause No. E-167,872**

_____

**ORDER**

On my own motion, I recuse myself from further participation in this original proceeding, effective October 28, 2016.

ORDER ENTERED October 28, 2016.

_____
HOLLIS HORTON
Justice

1